UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Stephanie Surratt
                    Plaintiff,

v.                                          Case No.: 1:22−cv−00650
                                          Honorable Robert M. Dow Jr.

CVS Pharmacy, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, July 31, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff shall have until August 15, 2022 to file her opposition to the Defendant's motion to dismiss [18]. Defendant shall have until August 29, 2022 to file its reply in support of the motion to dismiss. Motion to dismiss is taken under advisement and the Court will issue a ruling by mail. Deadline to file joint status report currently due August 5, 2022 is stricken. Notice of motion date of August 1, 2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.