**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**ORDER OF THE EXECUTIVE COMMITTEE**

  The Honorable Robert M. Dow Jr. has been appointed Counselor to the Chief Justice of the United States. As he takes on these responsibilities, the court will at this time reassign a portion of his civil and criminal cases.

  IT IS HEREBY ORDERED That the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

**ENTER:
FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of October, 2022

1

**Civil Cases Reassigned from Judge Dow to Judge Alonso**

| | |
|---|---|
| 1:14-cv-03385 | U.S. Equal Employment Opportunity Commission v. Autozone, Inc. |
| 1:17-cv-09011 | Consolino et al v. Dart, et al |
| 1:19-cv-01431 | Williams v. Kennedy et al |
| 1:20-cv-07659 | Cruz v. State of Illinois |
| 1:20-cv-07767 | Cruz v. State of Illinois et al |
| 1:21-cv-00843 | Tantaro v. Highland Park CVS, LLC |
| 1:21-cv-04324 | Rossetti et al v. Saban et al |
| 1:22-cv-01900 | Brown v. TransUnion, LLC et al |
| 1:22-cv-02247 | Bella Cosa Inc. v. Good Goods LLC et al |
| 1:22-cv-02347 | Petrochoice LLC v. Amherdt |
| 1:22-cv-02603 | Gordon v. People Of The State Of Illinois et al |

**Civil Cases Reassigned from Judge Dow to Judge Aspen**

| | |
|---|---|
| 1:19-cv-06154 | Lipinski v. Chavez et al |
| 1:21-cv-04231 | Walker v. Administrator of the Estate of Former Chicago Police Department Commander Jon Burge et al |
| 1:22-cv-01895 | Miranda v. Antle et al |
| 1:22-cv-02869 | Samaali v. Dunkin Doughnuts |
| 1:22-cv-03290 | Spencer v. The Village of Westmont et al |

**Civil Cases Reassigned from Judge Dow to Judge Blakey**

| | |
|---|---|
| 1:19-cv-02778 | Rosas v. Board of Education of the City of Chicago, et al |
| 1:19-cv-05555 | Canna et al v. Canna et al |
| 1:20-cv-00849 | Solvay USA, Inc. v. Cutting Edge Fabrication, Inc. |
| 1:21-cv-00825 | Honeywell International, Inc. v. Gomez et al |
| 1:21-cv-01116 | Horan v. Ford Motor Company |
| 1:21-cv-02703 | Mohammed v. Citigroup Inc. et al |
| 1:21-cv-04798 | Giles v. Chicago et al |
| 1:21-cv-06424 | Brushaber v. Nu-Way Industries, Inc. |
| 1:22-cv-01318 | Steele v. 4Management, Inc. et al |
| 1:21-cv-04636 | Johnson v. Cook County Jail et al |
| 1:22-cv-01956 | Johnson et al v. Cook County Jail Department of Corrections et al |
| 1:22-cv-02794 | Johnson v. Cook County et al |
| 1:22-cv-03362 | Johnson v. Wray |

**Civil Cases Reassigned from Judge Dow to Judge Bucklo**

| | |
|---|---|
| 1:19-cv-01339 | Hedick v. Kraft Heinz Company et al |
| 1:19-cv-01845 | Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan v. Kraft Heinz Company, The et al |
| 1:19-cv-02807 | Timber Hill LLC v. The Kraft Heinz Company et al |

| | | |
|---|---|---|
| | 1:20-cv-01970 | City of Hollywood Police Officers' Retirement System v. The Kraft Heinz Company et al |
| | 1:20-cv-02071 | Merritts v. 3G Capital, Inc. et al |
| | 1:20-cv-02257 | Silverman et al v. Behring et al |
| | 1:20-cv-02259 | In Re: Kraft Heinz Shareholder Derivative Litigation |
| | 1:20-cv-02280 | Hill v. Abel et al |
| 1:19-cv-06917 | | Federal Deposit Insurance Corporation v. Patel |
| 1:20-cv-00231 | | Johnson v. Takeda Pharmaceuticals U.S.A., Inc. et al |
| 1:20-cv-01353 | | Pierce v. Great Lakes Dredge & Dock Company, LLC |
| 1:20-cv-02258 | | Green v. Behring et al |
| 1:21-cv-01716 | | Willis v. Universal Intermodal Services, Inc. |
| 1:21-cv-04210 | | Doescher v. Waste Management of Illinois, Inc. et al |
| 1:21-cv-05816 | | Earle v. Community Loan Servicing, LLC et al |
| 1:22-cv-00511 | | The Louge Development Company, LLC v. Landmark American Insurance Company |

**Civil Cases Reassigned from Judge Dow to Judge Chang**

| | |
|---|---|
| 1:19-cv-03052 | DOE, v. Township High School District No. 214 |
| 1:19-cv-04234 | Krafcky v. Freud America, Inc. et al |
| 1:20-cv-07612 | Cenanovic v. Hamdard Center for Health and Human Services |
| 1:21-cv-02253 | Patel v. YRC, Inc. et al |
| 1:21-cv-05968 | Garcia v. Target Corporation |
| 1:22-cv-00270 | Bruessard v. AT&T Corp. |
| 1:22-cv-01766 | Guijosa v. A Warehouse on Wheels, Inc. et al |
| 1:22-cv-01972 | Ocampo v. Harris et al |
| 1:22-cv-02329 | Steadfast Insurance Company v. ICL Group Ltd. et al |
| 1:22-cv-03233 | Dayley v. Baltria Corporation |
| 1:22-cv-03167 | Central States, Southeast and Southwest Areas Pension Fund et al v. Stanley |

**Civil Cases Reassigned from Judge Dow to Judge Coleman**

| | |
|---|---|
| 1:16-cv-00014 | Daniels v. Wexford Health Sources, Inc. et al |
| 1:19-cv-08119 | Shelton v. Calloway |
| 1:20-cv-05227 | Securities and Exchange Commission v. Fife et al |
| 1:20-cv-05754 | Chitwood, Sr. v. Takeda Pharmaceuticals U.S.A. Inc. et al |
| 1:21-cv-00302 | Joyner v. Balas et al |
| 1:21-cv-03081 | Lacy v. Maywood Police Department et al |
| 1:21-cv-03678 | Murphy v. Paul Reilly Co. Illinois, Inc. et al |
| 1:21-cv-04055 | Gao v. Partnerships and Unincorporated Associations Identified on Schedule "A", The |
| 1:21-cv-04267 | Shumaker v. Lyft, Inc. et al |
| 1:21-cv-06123 | HWP Holdings LLC et al v. Anderson et al |
| 1:22-cv-00583 | Doe v. Board of Education of The City of Chicago A Municipal Corporation |

**Civil Cases Reassigned from Judge Dow to Judge Durkin**

| | |
|---|---|
| 1:15-cv-06902 | Starr Indemnity & Liability Company et al v. YRC, Inc. |
| 1:17-cv-05409 | Cavelle v. Chicago Transit Authority et al |
| 1:18-cv-05117 | Gaines v. Cook County DOC et al |
| 1:19-cv-01319 | In re the Seizure of $115,050.00 in U.S. Currency and miscellaneous property v. USA et al |
| 1:20-cv-01145 | McGowan v. Integrated Pain Management, S.C. et al |
| 1:20-cv-07260 | Lara v. West Loop Maid et al |
| 1:21-cv-01325 | Ftex Food & Liquor, Inc. et al v. United States of America |
| 1:21-cv-02538 | Pryczcv . Willowbrook Ford, Inc.. et al |
| 1:22-cv-00301 | SMART Local 265 Welfare Fund et al v. MJ Mechanical, LLC |
| 1:22-cv-01984 | Central States, Southeast and Southwest Areas Health and Welfare Fund, et al v. Powell et al |
| 1:22-cv-02177 | Wereko v. Rosen et al |

**Civil Cases Reassigned from Judge Dow to Judge Ellis**

| | |
|---|---|
| 1:16-cv-10783 | Sabet v. City of North Chicago Illinois et al |
| 1:18-cv-03947 | Ledesma v. Marriott International, Inc. et al |
| 1:19-cv-05669 | Unum Life Insurance Company of America v. Zondlo, et al |
| 1:20-cv-01518 | Polick v. A2B Express, LLC et al |
| 1:20-cv-05308 | UL LLC v. 7111495 Canada Inc. et al |
| 1:21-cv-04335 | Hoffstead v. Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra |
| 1:21-cv-05259 | Stone v. Action Property Services LLC, an Illinois Limited Liability Company et al |
| 1:21-cv-05463 | Morton v. Dart et al |
| 1:21-cv-03608 | Morton v. Dart et al |
| 1:22-cv-02943 | American Family Mutual Insurance Company, SI, as subrogee of Sung Soo Kim v. Cardinal Glass Industries, Inc. et al |
| 1:22-cv-03061 | Johnson et al v. NCR Corporation |
| 1:22-cv-03079 | Gonzalez v. Panek Precision Products, Co. |

**Civil Cases Reassigned from Judge Dow to Judge Gettleman**

| | |
|---|---|
| 1:18-cv-02229 | Henigan v. Blanton et al |
| 1:19-cv-05684 | Sgariglia v. American International Relocation Services, LLC, et al |
| 1:19-cv-08145 | R. v. Board Of Education Of The City Of Chicago et al |
| 1:20-cv-04579 | Brown et al v. CACH, LLC et al |
| 1:21-cv-01454 | Nicoletti v. Jones Lang Lasalle Americas, Inc. |
| 1:21-cv-03001 | Powell v. DePaul University |
| 1:21-cv-06869 | Marquez et al v. Personnel Staffing Group, LLC |
| 1:22-cv-00474 | Wells Fargo Bank, N.A. v. Smith & Company, Inc. |
| 1:22-cv-02306 | Mouw et al v. Shelter Mutual Insurance Company |
| 1:22-cv-02882 | Drawn to Discover et al v. Halperin et al |
| 1:22-cv-03004 | Walker v. Department of Human Services et al |

**Civil Cases Reassigned from Judge Dow to Judge Gottschall**

| | |
|---|---|
| 1:19-cv-03945 | Saud v. DePaul University et al |
| 1:20-cv-04046 | Ferguson et al v. Cook County, Illinois, et al |
| 1:22-cv-02604 | XYZ Corp vs Partnerships and Unincorporated Associations Identified on Schedule A, The |
| 1:22-cv-02577 | Rojas v. Owner of website dustfreetoday.com |

**Civil Cases Reassigned from Judge Dow to Judge Guzman**

| | |
|---|---|
| 1:18-cv-02983 | Epps v. Patriquin et al |
| 1:18-cv-03399 | Access Living of Metropolitan Chicago v. City Of Chicago |
| 1:19-cv-06269 | U.S. Securities and Exchange Commission v. Feiner et al |
| 1:21-cv-06000 | Thomas v. Ford Motor Company |

**Civil Cases Reassigned from Judge Dow to Judge Kendall**

| | |
|---|---|
| 1:15-cv-03125 | Shultz v. Landi et al |
| 1:17-cv-04011 | United States of America v. Aniemeka et al |
| 1:18-cv-06387 | Twin City Fire Insurance Company v. Law Offices of John S. Xydakis, P.C., |
| 1:19-cv-08298 | Herrera v. Di Meo Brothers, Inc. et al |
| 1:20-cv-01997 | Hankle-Sample v. City of Chicago, The |
| 1:20-cv-07437 | Williams v. Howard et al |
| 1:20-cv-07487 | Reese v. Delitz et al |
| 1:20-cv-07488 | Reese v. Dart et al |
| 1:21-cv-04336 | Ibanez v. Hines Interests Limited Partnership et al |
| 1:21-cv-05793 | Thomas v. Givaudan Flavors Corporation |
| 1:22-cv-02964 | Miller v. City of Aurora |
| 1:22-cv-03177 | Benes v. Cenlar FSB |

**Civil Cases Reassigned from Judge Dow to Judge Kennelly**

| | |
|---|---|
| 1:15-cv-10490 | Malas v. Hinsdale Township District #86 |
| 1:16-cv-00748 | McKeown v. Sun Life Assurance Company of Canada |
| 1:19-cv-01402 | Mason et al v. City of Wheaton Police Dept et al |
| 1:19-cv-06805 | Midwest Operating Engineers Welfare Fund et al v. Abari Construction, Inc. |
| 1:20-cv-02768 | Stewart v. Takeda Pharmaceutical Company Limited et al |
| 1:21-cv-01745 | Anglin v. Walmart Inc. et al |
| 1:21-cv-05931 | SMS Financial Recovery Services, LLC v. Canzoneri et al |
| 1:22-cv-00005 | McNamara v. Glen Ellyn School District #41 |
| 1:22-cv-00324 | Philadelphia Indemnity Insurance Company v. Wisconsin Central Ltd. |
| 1:22-cv-01863 | Lawse v. American River Transportation Co., LLC |
| 1:22-cv-03051 | Plumbers' Pension Fund, Local 130, U.A. et al v. PJ Fazio Plumbing & Heating, Inc. et al |

**Civil Cases Reassigned from Judge Dow to Judge Kness**

| | |
|---|---|
| 1:20-cv-03919 | Animal Welfare League v. Village Of Chicago Ridge et al |

| | |
|---|---|
| 1:20-cv-05781 | Pickering v. Wexford Health Sources, Inc et al |
| 1:21-cv-01267 | Simoni v. United Airlines, Inc. et al |
| 1:21-cv-03588 | 4Discovery, LLC v. Marriot International, Inc. |
| 1:21-cv-06921 | Amira Powe v. Dermalogica, LLC |
| 1:22-cv-00013 | Carpenter v. CCDOC Cook County Jail et al |
| 1:22-cv-00399 | Wescott v. First American Financial Corporation et al |
| 1:22-cv-01837 | Tareq v. Majorkas et al |
| 1:22-cv-02288 | Mitchell et al v. Ms. English |
| 1:22-cv-02996 | Advanced Physical Medicine of Yorkville, Ltd. v. United States Office of Personnel Management Healthcare and Insurance |

**Civil Cases Reassigned from Judge Dow to Judge Kocoras**

| | |
|---|---|
| 1:10-cv-04257 | Second Amendment Arms et al v. City of Chicago, et al |
| 1:19-cv-06082 | Teamsters Local Union No. 72t et al., v. De La Torre Funeral Home & Cremation Services, Inc. |
| 1:20-cv-00327 | Campbell v. Takeda Pharmaceutical Company, Ltd. et al |
| 1:20-cv-06903 | Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds v. Euro Architectural Products, Inc. et al |
| 1:21-cv-01693 | Odlyzko v. Rosenthal et al |
| 1:22-cv-03201 | Wang v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-00808 | Szymczyk v. Guillen |
| 1:22-cv-00840 | Steele v. Edward Hospital et al |
| 1:22-cv-01756 | Cortes-Rangel v. Schindler Elevator Corporation |
| 1:22-cv-01937 | Winking et al v. Smithfield Fresh Meats Corp. et al |
| 1:22-cv-02531 | Williams et al v. Linerock Investments, LTD et al |

**Civil Cases Reassigned from Judge Dow to Judge Lefkow**

| | |
|---|---|
| 1:18-cv-03780 | Copeland v. Johnson et al |
| 1:21-cv-00909 | Chicago Regional Council of Carpenters Pension Fund et al v. Modern Builders Contractors, Inc. |
| 1:21-cv-04631 | Soto v. U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency et al |
| 1:22-cv-00401 | Leffler v. Ann & Robert H. Lurie Children's Hospital of Chicago |
| 1:22-cv-01066 | Roland v. U.S. Department of Justice |

**Civil Cases Reassigned from Judge Dow to Judge Leinenweber**

| | |
|---|---|
| 1:20-cv-05689 | Elliot v. Reynolds Metals Company, LLC |
| 1:21-cv-00066 | Hawthorne v. Brennan |
| 1:21-cv-04543 | DeKasha k v. Shemsiu, et al |
| 1:22-cv-00063 | Adkisson et al v. Eagleson et al |
| 1:22-cv-01063 | Harris v. FSST Management Services, LLC et al |

**Civil Cases Reassigned from Judge Dow to Judge Maldonado**

| | |
|---|---|
| 1:20-cv-00755 | Williams v. Wolf |
| 1:20-cv-03112 | Petties v. McGruder et al |
| 1:21-cv-03084 | Venticinque v. City of Chicago Department of Aviation |
| 1:21-cv-04350 | Hicks et al v. P.O. Jenkins #8917 |
| 1:21-cv-04369 | Spin Master Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:21-cv-04770 | Royal v. Dart et al |
| 1:21-cv-05021 | Lehocky v. Transamerica Life Insurance Company |
| 1:21-cv-06298 | Bahena v. Aahil Corporation d/b/a Subway et al |
| 1:22-cv-01127 | Cole v. Wray |
| 1:22-cv-01653 | Conrad et al v. SavATree, LLC |
| 1:22-cv-02480 | Coss et al v. Snap Inc. |

**Civil Cases Reassigned from Judge Dow to Judge Pacold**

| | |
|---|---|
| 1:13-cv-01194 | Graziosi v. Accretive Health, Inc. et al |
| 1:17-cv-01430 | Starr Indemnity & Liability Company v. Cook County, Illinois et al. |
| 1:18-cv-04994 | Love v. Chicago Public Schools |
| 1:20-cv-03095 | Brunke v. Integramed America, Inc. et al |
| 1:20-cv-03648 | Hall v. Division 6 Health Care Cermak et al |
| 1:21-cv-04397 | AAEON Electronics, Inc. v. NEC Display Solutions of America, Inc. |
| 1:21-cv-06224 | Bailey v. Chime Financial, Inc. |
| 1:22-cv-00166 | Pendleton v. Walmart Inc. |
| 1:22-cv-00650 | Surratt v. CVS Pharmacy, Inc. |
| 1:22-cv-00700 | Archer v. UnitedHealthcare Services Incorporated et al |
| 1:22-cv-02890 | Smith v. Lake County Jail, et al |

**Civil Cases Reassigned from Judge Dow to Chief Judge Pallmeyer**

| | |
|---|---|
| 1:17-cv-06260 | State Of Illinois v. City Of Chicago |
| 1:21-cv-03360 | Hubert v. Oswego Junction Enterprises LLC d/b/a Prohibition Junction Sports Bar & Grill |
| 1:21-cv-05864 | Love et al v. Carrington Mortgage Services, LLC et al |
| 1:22-cv-00888 | Shipp v. Gomez et al |

**Civil Cases Reassigned from Judge Dow to Judge Rowland**

| | |
|---|---|
| 1:15-cv-06869 | Coe v. Atkins, et al. |
| 1:18-cv-01136 | Human Rights Defense Center v. Baldwin et al |
| 1:18-cv-06986 | Black & Pink v. Baldwin et al |
| 1:19-cv-01575 | Lenoir v. Little Caesar Enterprises, Inc. |
| 1:21-cv-00512 | Clifford v. Illinois State Police et al |
| 1:21-cv-04726 | Kyes v. Achim, M.D. |
| 1:21-cv-06067 | Daley et al v. Nudo et al |
| 1:21-cv-06673 | Thomas v. Gomze et al |
| 1:22-cv-01820 | Alholm v. Vrdolyak Law Group |

| | |
|---|---|
| 1:22-cv-02477 | Bala Bangles, Inc. v. The Entities and Individuals Identified in Annex A |
| 1:22-cv-02771 | Riley, et al v. Schick et al |

### Civil Cases Reassigned from Judge Dow to Judge Seeger

| | |
|---|---|
| 1:17-cv-03297 | Willis v. Williams et al |
| 1:18-cv-00333 | Willis v. Pfister et al |
| 1:18-cv-03274 | Nicholson v. Lewis |
| 1:19-cv-07152 | Components for Industry, And Others, Inc. v. Auto Kabel North America, Inc. |
| 1:20-cv-03218 | McCollum v. Miles et al |
| 1:20-cv-05524 | Saiyed v. Swedish Convenant Hospital et al |
| 1:21-cv-03615 | Philips North America LLC et al v. Global Medical Imaging, LLC et al |
| 1:21-cv-03848 | Porch v. University of Illinois College of Medicine |
| 1:22-cv-00160 | Haymarket DuPage, LLC v. Village of Itasca et al |
| 1:22-cv-00649 | Matthews v. Polar Corp. |
| 1:22-cv-02238 | Rojas v. John Doe Inc. |
| 1:22-cv-02776 | Sparks v. Mitchell |

### Civil Cases Reassigned from Judge Dow to Judge Shah

| | |
|---|---|
| 1:13-cv-06444 | Bowan v. Harrington |
| 1:15-cv-10573 | Johnson v. Wexford Health Sources, Inc. et al |
| 1:19-cv-02211 | Coleman v. Brown et al |
| 1:20-cv-02072 | Waters v. Behring et al |
| 1:20-cv-05755 | Alcaraz v. Tanner et al |
| 1:22-cv-03270 | Alcaraz v. Gomez et al |
| 1:21-cv-02408 | Atkins v. Healthcare Revenue Recovery Group LLC |
| 1:21-cv-03479 | Burke v. Thomas Dart, Cook County Sheriff et al |
| 1:21-cv-05656 | Murphy v. Bertrand Cole and Associates, Ltd., d/b/a Hinsdale Fine Jewelry Company et al |
| 1:22-cv-01119 | Bradford v. Grieco |
| 1:22-cv-01479 | Campbell v. Freeedom Mortgage Corporation |
| 1:22-cv-03076 | Hooper v. County of Will, et al |

### Civil Cases Reassigned from Judge Dow to Judge Tharp

| | |
|---|---|
| 1:17-cv-06145 | Del Prete v. Village of Romeoville, Illinois et al |
| 1:18-cv-02523 | Amor v. Cross et al |
| 1:19-cv-03277 | Crews v. Martinez et al |
| 1:20-cv-00149 | Legghette v. Chicago Police Department et al |
| 1:20-cv-07495 | Smith v. Hampton et al |
| 1:20-cv-07711 | Millings et al v. Transdev North America, Inc. |
| 1:21-cv-03466 | Deemar v. Boad of Educaton of the City of Evanston/Skokie District 65 et al |
| 1:21-cv-04653 | Mayo v. Dart et al |
| 1:21-cv-05014 | Mayo v. Dart et al |
| 1:21-cv-06395 | Hoffman v. United Airlines, Inc. et al |
| 1:22-cv-01419 | Strickland v. City Of Markham et al |

| | |
|---|---|
| 1:22-cv-03100 | Fox Valley Laborers Health and Welfare Fund et al v. MJ Trackworks, Inc. |

**Civil Cases Reassigned from Judge Dow to Judge Valderrama**

| | |
|---|---|
| 1:13-cv-04531 | Perez v. City of Chicago, et al. |
| 1:18-cv-06632 | Molina v. Latronico et al |
| 1:20-cv-01046 | Bertha v. Kane County et al |
| 1:20-cv-04267 | Marquez et al v. BHC Streamwood Hospital, Inc. |
| 1:20-cv-04793 | Felix v. Roosevelt University |
| 1:21-cv-02045 | Watkins v. Mohan et al |
| 1:21-cv-02581 | Jeffries v. Silva et al |
| 1:21-cv-04962 | Ingram v. Pfister et al |
| 1:22-cv-00230 | Kim v. FNS, Inc et al |
| 1:22-cv-01999 | Tyson v. Williams et al |
| 1:22-cv-03323 | Rd Expedited, Inc v. Wesco Insurance Company |

**Civil Cases Reassigned from Judge Dow to Judge Wood**

| | |
|---|---|
| 1:13-cv-01068 | Dobbey et al v. Weilding et al |
| 1:13-cv-05037 | Dobbey v. Carter |
| 1:21-cv-03762 | Dobbey v. Taylor |
| 1:18-cv-01707 | Waconia Dodge, Inc. v. CDK Global, LLC et al |
| 1:19-cv-00030 | Lee v. State of Illinois, Illinois Attorney General et al |
| 1:19-cv-07928 | Balder et al v. Meeder et al |
| 1:20-cv-06500 | Johnson v Dart, et al |
| 1:21-cv-01331 | Sartin v. Union Pacific Railroad Company |
| 1:21-cv-01815 | David v. Takeda Pharmaceutical Co. Ltd |
| 1:21-cv-02347 | Williams v. Metra Police Department et al |
| 1:21-cv-05717 | Anderson v. Illinois Department of Treasurer |
| 1:22-cv-01244 | Florida State University, et. al. v. The Individuals, Corporations, Limited Liability |
| 1:22-cv-01885 | Dear v. Life Insurance Company of North America |

**Criminal Cases Reassigned from Judge Dow to Judge Alonso**

| | |
|---|---|
| 1:18-cr-00448 | USA v. Sanders |
| 1:20-cr-00409 | USA v. Robinson |
| 1:22-cr-00309 | USA v. Green |

**Criminal Cases Reassigned from Judge Dow to Judge Blakey**

| | |
|---|---|
| 1:19-cr-00191 | USA v. Luster, et al. |
| 1:22-cr-00085 | USA v. Summers |

**Criminal Cases Reassigned from Judge Dow to Judge Bucklo**

| | |
|---|---|
| 1:20-cr-00577 | USA v. Bryant, et al. |
| 1:20-cr-00901 | USA v. Valencia |

**Criminal Cases Reassigned from Judge Dow to Judge Chang**

| | |
|---|---|
| 1:14-cr-00424 | USA v. Zheng, et al. |
| 1:19-cr-00889 | USA v. Harper, et al. |
| 1:22-cr-00057 | USA v. Anthony Hurnes |

**Criminal Cases Reassigned from Judge Dow to Judge Coleman**

| | |
|---|---|
| 1:19-cr-00423 | USA v. Stalka |
| 1:21-cr-00217 | USA v. Quiggle |

**Criminal Cases Reassigned from Judge Dow to Judge Durkin**

| | |
|---|---|
| 1:18-cr-00387 | USA v. Hawkins |
| 1:20-cr-00391 | USA v. Clarence January, et al |
| 1:22-cr-00181 | USA v. Rechichi |

**Criminal Cases Reassigned from Judge Dow to Judge Ellis**

| | |
|---|---|
| 1:18-cr-00519 | USA v. Mahmood |
| 1:19-cr-00873 | USA v. Gordon, et al. |
| 1:20-cr-00569 | USA v. Hamilton |

**Criminal Cases Reassigned from Judge Dow to Judge Gettleman**

| | |
|---|---|
| 1:20-cr-00830 | USA v. Harris |
| 1:15-cr-00667 | USA v. Acosta |
| 1:19-cr-00953 | USA v. Ingram |

**Criminal Cases Reassigned from Judge Dow to Judge Guzman**

| | |
|---|---|
| 1:21-cr-00662 | USA v. Heise |

**Criminal Cases Reassigned from Judge Dow to Judge Kendall**

| | |
|---|---|
| 1:18-cr-00606 | USA v. Sanchez |
| 1:19-cr-00322 | USA v. Burke, et al. |
| 1:21-cr-00733 | USA v. Fuentes |

**Criminal Cases Reassigned from Judge Dow to Judge Kennelly**

| | |
|---|---|
| 1:10-cr-00376 | USA v. Zajac |
| 1:19-cr-00692 | USA v. Nesbitt |
| 1:21-cr-00723 | USA v. Burage |

**Criminal Cases Reassigned from Judge Dow to Judge Kness**

| | |
|---|---|
| 1:19-cr-00619 | USA v. Armstrong |
| 1:21-cr-00735 | USA v. Rodriguez |

**Criminal Cases Reassigned from Judge Dow to Judge Lefkow**

1:21-cr-00626 USA v. Lopez

**Criminal Cases Reassigned from Judge Dow to Judge Leinenweber**

1:21-cr-00285 USA v Christopher M. Williams Jr

**Criminal Cases Reassigned from Judge Dow to Judge Pacold**

1:17-cr-00489 USA v. Sanchez
1:20-cr-00066 USA v. Crowder
1:22-cr-00177 USA v. Williams

**Criminal Cases Reassigned from Judge Dow to Judge Rowland**

1:18-cr-00453 USA v. Houskin, et al.
1:19-cr-00474 USA v. Schiff
1:20-cr-00495 USA v. Link

**Criminal Cases Reassigned from Judge Dow to Judge Seeger**

1:17-cr-00157 USA v. Fawcett
1:20-cr-00033 USA v. Rubalcaba
1:22-cr-00165 USA v. Kosmowski, et al.

**Criminal Cases Reassigned from Judge Dow to Judge Shah**

1:19-cr-00756 USA v. Fleites
1:21-cr-00239 USA v. Rosenbaum

**Criminal Cases Reassigned from Judge Dow to Judge Tharp**

1:12-cr-01004 USA v. Madison, et al.
1:19-cr-00169 USA v. Banks
1:20-cr-00651 USA v. Miguel, et al.

**Criminal Cases Reassigned from Judge Dow to Judge Valderrama**

1:16-cr-00054 USA v. Diamond, et al.
1:20-cr-00020 USA v. Elonge
1:22-cr-00133 USA v. Trujillo-Gasca

**Criminal Cases Reassigned from Judge Dow to Judge Wood**

1:17-cr-00797 USA v. Lackland, et al.
1:20-cr-00299 USA v. Browner
1:22-cr-00178 USA v. Oliva