UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Stephanie Surratt

                                 Plaintiff,

v.                                                                       Case No.: 1:22−cv−00650
                                                                            Honorable Martha M. Pacold

CVS Pharmacy, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 11, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument on defendant's motion to dismiss [18] held on 9/11/2024. Plaintiff voluntarily dismisses all claims except the Illinois Consumer Fraud and Deceptive Business Practices Act (&quot;ICFA") Claim. The remaining claims and the Multi−State Class are dismissed with prejudice. As to the remaining claim (the ICFA claim), defendant's motion to dismiss [18] is granted for the reasons stated on the record. Plaintiff is given until 9/25/2024 to file an amended complaint or a status report that indicates whether or not plaintiff will be filing an amended complaint, or whether plaintiff needs additional time to decide whether to file an amended complaint. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.