UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Stephanie Surratt, individually and on behalf of all others similarly situated, | 1:22-cv-00650 |
| Plaintiff, | Hon. Martha M. Pacold |
| - against - | |
| CVS Pharmacy, Inc., | |
| Defendant | |

**STATUS REPORT**

Pursuant to the Minute Entry of September 11, 2024, Plaintiff submits this status report to notify the Court how she intends to proceed in response to the ICFA claim being dismissed. ECF No. 35. Plaintiff will not be filing an amended complaint.

Dated: September 25, 2024

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080
*Attorneys for Plaintiff*